# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Rose, | No. CV-14-02240-TUC-JAS (CRP) |
| Plaintiff, | **ORDER** |
| v. | |
| Sierra Vista, City of, et al., | |
| Defendants. | |

A review of the record reflects that the Clerk's Office issued a document entitled "Order to Show Cause" (Doc. 20) which stated in part:

IT IS ORDERED that if the above listed plaintiff fails to file the appropriate election form by 5:00 p.m. on November 26, 2014, the above plaintiffs shall appear before Judge Raner C. Collins of the Tucson Division of this Court at 405 W Congress 5th Floor at 10:20 am. on Monday December 1, 2014 and show good cause for the failure to comply with Local Rule LRCiv 3.7(b).

As this case is assigned to this Court and has already been referred back to Magistrate Judge Pyle after a party objected to Magistrate Judge jurisdiction (*see* Docs. 23, 24, 25), any such election form would be moot in any event. The hearing set by the Clerk's Office is **VACATED**.

If the issue was not moot, the Court would set a new deadline to file an election, and if it was not received by the deadline, the case would likely be dismissed without

further notice to Plaintiff.

Dated this 26th day of November, 2014.

                                        Honorable James A. Soto
                                        United States District Judge