IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Rose,<br><br>     Plaintiff,<br><br>vs.<br><br>Sierra Vista, City of, et al.<br><br>     Defendants. | No. CV 14-2240-TUC-JAS (CRP)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Pyle. In the Report and Recommendation, Magistrate Judge Pyle recommends granting Defendants' motions to dismiss. As the Court finds that the Report and Recommendation appropriately resolved the motions, Plaintiff's objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Pyle's Report and Recommendation (Doc. 44) is accepted and adopted.

(2) Defendants' motions to dismiss are granted.

(3) This case is dismissed with prejudice. The Clerk of the Court shall enter judgment and close the file in this case.

DATED this 3rd day of November, 2015.

James A. Soto
United States District Judge

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).